IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAELA MILLER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:15-cv-01166-RP |
| | § | |
| **AMERICAN CORADIUS** | § | |
| **INTERNATIONAL, LLC,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, American Coradius International, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Defendant and Plaintiff have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, Defendant and Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
Sessions, Fishman, Nathan & Israel, L.L.C.
900 Jackson Street, Suite 440
Dallas, TX  75202-4473
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
E-mail: wwhite@sessions.legal

**Attorney for Defendant,
American Coradius International, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2016, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Texas and served via CM/ECF upon the following:

Amy L. Bennecoff Ginsburg
Kimmel & Silverman, PC
30 E. Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (877) 788-2864
E-mail: aginsburg@creditlaw.com

/s/ Whitney L. White
Whitney L. White