IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAELA MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:15-cv-01166-RP |
| | § | |
| AMERICAN CORADIUS | § | |
| INTERNATIONAL, LLC, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Michaela Miller, and Defendant, American Coradius International, LLC, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Amy L. B. Ginsburg
Amy L. B. Ginsburg
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (877) 788-2864
E-Mail: aginsburg@creditlaw.com

**Attorney for Plaintiff,
Michaela Miller**

/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
Sessions Fishman Nathan & Israel LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
Email: wwhite@sessions.legal

**Attorney for Defendant,
American Coradius International, LLC**