IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAELA MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:15-cv-1166-RP |
| | § | |
| AMERICAN CORADIUS INTERNATIONAL, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice filed May 31, 2016 (Dkt. 14). By way of the stipulation, the parties agrees to voluntarily dismiss all claims and causes of action asserted in this action. *See* Fed. R. Civ. P. 41(a)(1)(ii) (allowing dismissal of an action by the filing of a stipulation of dismissal signed by all parties who have made an appearance).

The Stipulation of Dismissal with Prejudice is hereby **ADOPTED.** Accordingly, **IT IS ORDERED** that all claims asserted in this action are hereby **DISMISSED WITH PREJUDICE.** The Clerk's Office is directed to close the case.

**SIGNED** on July 6, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE